## Commonwealth ex rel. Pugliano, Appellant, *v.* Price.

Submitted April 14, 1964.
*Pietro Mario Pugliano,* appellant, in propria persona; *William Claney Smith,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.